IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOWN OF TRUCKEE, CALIFORNIA,

    Plaintiff,

vs.                                                              CASE NO.  CIV S-08-1542 FCD GGH

EDGAR STRATTON AND
GALEEN STRATTON,

                                      MINUTE ORDER

    Defendants.

---

    At a session of the United States District Court for the Eastern District of California, in the City of Sacramento, on July 9, 2008.

**PRESENT, THE HONORABLE FRANK C. DAMRELL, JR., JUDGE:**

    The Court has reviewed defendants' Notice of Removal, filed July 2, 2008, and HEREBY summarily REMANDS this action to the Superior Court of the State of California, County of Nevada (Truckee Branch) as the action has been improvidently removed.  There is no basis for federal jurisdiction appearing on the face of the complaint; the parties are not diverse and there is no federal question pled.  <u>Caterpillar Inc. v. Williams</u>, 482 U.S. 386, 392 (1987).  Defendants cite possible federal defenses to the action but a case may not be removed based on a federal defense.  <u>Franchise Tax Bd. v. Construction Laborers Vacation Trust</u>, 463 U.S. 1, 10 (1983).

    **I hereby certify** that the foregoing is a true and correct statement of an order in the above captioned case this 9th day of July 2008.

                                                  **VICTORIA C. MINOR, CLERK**

                                      **By:  /s/ Michele Krueger**
                                          Michele Krueger
                                          Courtroom Deputy